UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Alfredo Rodriguez

                              Defendant(s).

------------------------------------------------------------------X

21 MAG 2286

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-     ( ) ( )

Defendant ___Alfredo Rodriguez_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

✓    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

 Alfredo Rodriguez_____
Print Defendant's Name

   Esere J. Onaodowan, Esq._____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

 March 1. 2021_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge